1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  MELISSA A. WURSTER (SBN 198899)
   **HAYES DAVIS BONINO ELLINGSON MCLAY & SCOTT, LLP**
3  203 Redwood Shores Parkway, Suite 480
   Redwood Shores, California 94065
4  Telephone: 650.637.9100
   Facsimile: 650.637.8071
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9  KAREN LEE,                              Case No.:   C07-3913 JSW
10
              Plaintiff,
11
       V.                                  **PROOF OF SERVICE**
12
   STATE FARM MUTUAL AUTOMOBILE
13 INSURANCE COMPANY; and DOES 1
   through 50, inclusive,
14
15            Defendants.

| | |
|---|---|
| CASE NAME: | Lee (Karen) v. State Farm |
| ACTION NO.: | C07-3913 JSW |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- *[Endorsed-Filed/Face Page Only]* State Farm Mutual Automobile Insurance Company's Notice of Removal of Civil Action Under 28 U.S.C. Sections 1332 and 1441 [Diversity Jurisdiction]; Demand for Jury Trial
- *[Endorsed-Filed/Face Page Only]* State Farm Mutual Automobile Insurance Company's Notice to Adverse Parties of Removal of Civil Action Under 28 U.S.C. Sections 1332 and 1441(A) [Diversity Jurisdiction]
- Order Setting Initial Case Management Conference and ADR Deadlines
- ECF Registration Information Handout
- Welcome to the U.S. District Court, San Francisco – Guidelines
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction

[x] (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood Shores, California.

        Michael D. Michel, Esq.
        Jeff M. Fackler, Esq.
        MICHEL & FACKLER
        2000 Powell Street, Suite 1000
        Emeryville, CA 94608
        Telephone: 510.547.7319
        Facsimile: 510.547.7320

        **Attorney for Plaintiff**
        **KAREN LEE**

[x] *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 3, 2007 at Redwood Shores, California.

                                             */s/ Abigail Bowman*
                                             Abigail Bowman