# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Lee,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>State Farm Mutual Automobile<br><br>Insurance Company,<br><br>                    Defendant(s). | 07-03913 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-03913 JSW                                             -1-

**United States District Court**
**Northern District of California**

1. (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2. 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3. to an e-mail directed to adr@cand.uscourts.gov.
4.
5.     It is the responsibility of counsel to schedule an ADR Phone Conference, if
6. required, to occur <u>before</u> the Case Management Conference.
7.
8.
9. Dated: October 25, 2007

          RICHARD W. WIEKING
          Clerk
          by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03913 JSW                     -2-

PROOF OF SERVICE

Case Name:     Lee v. State Farm Mutual Automobile Insurance Company

Case Number:   07-03913 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jeff M. Fackler
> Michel & Fackler
> 2000 Powell Street
> Suite 1000
> Emeryville, CA 94608
> mandflaw@sbcglobal.net
>
> Michael D. Michel
> Michel & Fackler
> 1850 Mt Diablo Blvd #260
> Walnut Creek, CA 94596
> mandflaw@sbcglobal.net
>
> Stephen M. Hayes
> Hayes, Davis, Ellingson, McLay & Scott LLP
> 203 Redwood Shores Parkway
> Suite 480
> Redwood Shores, CA 94065
> shayes@hayesdavis.com
>
> Stephen P. Ellingson

Hayes, Davis, Ellingson, McLay, & Scott LLP
203 Redwood Shores Parkway
Suite 480
Redwood Shores, CA 94065
sellingson@hayesdavis.com

Melissa A. Wurster
Hayes Davis Bonino Ellingson Mclay & Scott
203 Redwood Shores Parkway Suite 480
Redwood Shores, CA 94065


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 25, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov