# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**                 **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 9, 2007                         **Court Reporter**:  Kathy Powell

**CASE NO. C- 07-3913 JSW**

**TITLE:**  Karen Lee v. State Farm Mutual Automobile Insurance Company

**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**

Michael Michel                                          Stephen Ellingson

**PROCEEDINGS:   Initial Case Management Conference**

**RESULTS:**

**Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 11-16-07.**

**The parties have selected private mediation.  The first round shall be completed by 2-11-08.**

**Hearing on dispositive motions and further case management conference: 6-27-08 at 9:00 a.m. Joint supplemental case management statement due:  6-20-08**