# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KAREN LEE

                                                CASE NO. C07-03913 JSW

            Plaintiff(s),

        v.                              STIPULATION AND [PROPOSED]
STATE FARM MUTUAL AUTOMOBILE            ORDER SELECTING ADR PROCESS
INSURANCE COMPANY
            Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order
        referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 11/8/07                          _____ For
                                        Attorney for Plaintiff
                                        Michael D. Michel

Dated: 11/1/07                          _____
                                        Attorney for Defendant
                                        Stephen P. Ellingson

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
   Mediation
   Private ADR

Deadline for ADR session
   90 days from the date of this order.
   other

IT IS SO ORDERED.

Dated: November 13, 2007

_____
UNITED STATES DISTRICT    JUDGE