UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREN LEE

        Plaintiff(s),                           No. C 07-03913 JSW

    v.                                    **CLERK'S NOTICE**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **July 18, 2008,** at **9:00 a.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the **hearing on Dispositive Motions (if any) and the Further Case Management Conference previously noticed for** June 27, 2008, in this matter. This continuance is due to the Court's unavailability on June 27, 2008. The joint case management statement shall be due on or before July 11, 2008.

                                                Richard W. Wieking
                                                Clerk, United States District Court

                                                By:_____
                                                Jennifer Ottolini, Deputy Clerk
                                                Honorable Jeffrey S. White
                                                (415) 522-4173

Dated: November 14, 2007