1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  MELISSA A. WURSTER (SBN 198899)
   HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
3  203 Redwood Shores Parkway, Ste. 480
   Redwood City, California 94065
4  Telephone: 650.637.9100
   Facsimile: 650.637.8071
5
   Attorneys for Defendant
6  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

7  MICHAEL D. MICHEL (SBN 062131)
   JEFF M. FACKLER (SBN 142101)
8  MICHEL & FACKLER
   2000 Powell Street, Suite 1000
9  Emeryville, CA 94608
   Telephone: 510.547.7319
10 Facsimile: 510.547.7320

11 Attorneys for Plaintiff KAREN LEE

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 
   KAREN LEE,                              CASE NO. C-07-03913 JSW
15
           Plaintiff,
16                                         **JOINT STATEMENT REGARDING
       V.                                  PARTIES' DECLINATION TO
17                                         CONSENT TO MAGISTRATE JUDGE**
   STATE FARM MUTUAL AUTOMOBILE
18 INSURANCE COMPANY, DOES 1
   THROUGH 100, INCLUSIVE,
19
           Defendants.
20

21
       The undersigned parties hereby respectfully decline to consent to the assignment of this case
22
   to a United States Magistrate Judge.
23
   Dated: November 14, 2007              MICHEL & FACKLER
24
25
                                         By _____
26                                            MICHAEL D. MICHEL
                                              JEFF M. FACKLER
27                                            Attorneys for Plaintiff
                                              KAREN LEE
28
   151624                         - 1 -
   JOINT STATEMENT REGARDING PARTIES' DECLINATION TO CONSENT TO MAGISTRATE JUDGE
                              CASE NO. C07-03913 JSW

| | |
|---|---|
| 1  Dated: November 14, 2007 | HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP |

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
MELISSA A. WURSTER
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY