STEPHEN M. HAYES (SBN 83583)
shayes@hayesdavis.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesdavis.com
MELISSA A. WURSTER (SBN 198899)
mwurster@hayesdavis.com
**HAYES DAVIS BONINO**
**ELLINGSON McLAY & SCOTT, LLP**
203 Redwood Shores Pkwy., Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEE,<br><br>Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | CASE NO.  C-07-03913 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE ORDER SELECTING ADR PROCESS AND VACATE THE NOTICE OF APPOINTMENT OF MEDIATOR** |

All parties, by and through their respective counsel, hereby stipulate to modify the Order Selecting ADR Process and Vacate the Notice of Appointment of Mediator as follows:

**I.**
**RECITALS**

1.   Pursuant to the Notice of Appointment of Mediator filed on December 13, 2007, the Court appointed Richard A. Sipos as mediator in this case.

2.   The parties have discussed what forum would provide the best chance to settle this matter. The parties have agreed that an early settlement conference with a magistrate judge offers the best potential for settlement. The parties have agreed to submit the case to Magistrate Judge Bernard Zimmerman for that purpose. A mediation with Mr. Sipos and an early settlement

conference with Magistrate Judge Zimmerman would be duplicative.

3. For these reasons, the parties have agreed to stipulate to modify the Order Selecting ADR Process and request that the Court vacate the Notice of Appointment of Mediator naming Richard A. Sipos.

## II.
## STIPULATION

The parties hereby stipulate to the modify the Order Selecting ADR Process as follows:

1. The parties stipulate to submit this matter to Magistrate Judge Bernard Zimmerman for an early settlement conference;

2. The parties agree to hold the early settlement conference by February 11, 2008. If Magistrate Judge Zimmerman is not available before February 11, 2008, the parties stipulate to hold the early settlement conference on the first mutually agreeable date on Magistrate Judge Zimmerman's calendar; and

3. The parties stipulate to an order vacating the Notice of Appointment of Mediator naming Richard A. Sipos.

Dated: January 3, 2008                HAYES, DAVIS, BONINO,
                                      ELLINGSON, McLAY & SCOTT

                                      By_____
                                      STEPHEN P. ELLINGSON
                                      Attorneys for Defendant
                                      STATE FARM MUTUAL AUTOMOBILE
                                      INSURANCE COMPANY

Dated: January 3, 2008                MICHEL & FACKLER

                                      By_____
                                      MICHAEL D. MICHEL
                                      JEFF M. FACKLER
                                      Attorneys for Plaintiff
                                      KAREN LEE

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Order Selecting ADR Process is hereby modified as follows:

1. The case shall be submitted to an early settlement conference with Magistrate Judge Bernard Zimmerman;

2. The parties shall hold the early settlement conference by February 11, 2008. If Magistrate Judge Zimmerman is not available before February 11, 2008, the parties shall hold the early settlement conference on the first mutually agreeable date on Magistrate Judge Zimmerman's calendar; and

3. The Notice of Appointment of Mediator naming Richard A. Sipos is hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA