# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: January 15, 2008 @ 9:00 a.m.

TIME: 2 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Lee v. State Farm Mutual Auto Ins. | C07-3913 JSW (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Michael D. Michel | Stephen P. Ellingson | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.:

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case did not settle.

G:\BZALL\-REFS\REFS.08\LEE.MINUTE ORD.wpd