STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

MICHAEL D. MICHEL (SBN 062131)
JEFF M. FACKLER (SBN 142101)
MICHEL & FACKLER
2000 Powell Street, Suite 1000
Emeryville, CA 94608
Telephone: 510.547.7319
Facsimile: 510.547.7320

Attorneys for Plaintiff KAREN LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LEE,<br><br>    Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | CASE NO. C-07-03913 JSW<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>[Fed. Rule Civ. Proc., Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by plaintiff Karen Lee through her attorney of record, Michael D. Michel and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

///

///

164048

- 1 -

STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C07-03913 JSW

1  Dated: April   10   , 2008          MICHEL & FACKLER

3                                      By: _____
4                                           MICHAEL D. MICHEL
                                             JEFF M. FACKLER
5                                            MICHEL & FACKLER
                                             Attorney for Plaintiff KAREN LEE

7  Dated: April   10   , 2008          HAYES DAVIS BONINO ELLINGSON
                                        McLAY & SCOTT, LLP

9                                      By: _____
10                                          STEPHEN M. HAYES
                                            STEPHEN P. ELLINGSON
11                                          Attorneys for Defendant STATE FARM MUTUAL
                                            AUTOMOBILE INSURANCE COMPANY

                                        **ORDER**

15     IT IS SO ORDERED.

17  Dated: _____, 2008         _____
                                        JEFFREY S. WHITE
18                                      UNITED STATES DISTRICT COURT JUDGE

164048                                  - 2 -
**STIPULATION OF DISMISSAL; [PROPOSED] ORDER - CASE NO. C07-03913 JSW**