STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES DAVIS BONINO ELLINGSON McLAY & SCOTT, LLP
203 Redwood Shores Parkway, Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

MICHAEL D. MICHEL (SBN 062131)
JEFF M. FACKLER (SBN 142101)
MICHEL & FACKLER
2000 Powell Street, Suite 1000
Emeryville, CA 94608
Telephone: 510.547.7319
Facsimile: 510.547.7320

Attorneys for Plaintiff KAREN LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREN LEE, | CASE NO. C-07-03913 JSW |
|---|---|
| Plaintiff, | |
| V. | **STIPULATION OF DISMISSAL; [PROPOSED] ORDER** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1 THROUGH 100, INCLUSIVE, | [Fed. Rule Civ. Proc., Rule 41(a)(1)] |
| Defendants. | |

IT IS HEREBY STIPULATED by plaintiff Karen Lee through her attorney of record, Michael D. Michel and defendant State Farm Mutual Automobile Insurance Company through their attorney of record Stephen P. Ellingson of Hayes Davis Bonino Ellingson McLay & Scott, LLP, that the above-captioned action be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).

///

///

Dated: April 10, 2008

MICHEL & FACKLER

By: _____
MICHAEL D. MICHEL
JEFF M. FACKLER
MICHEL & FACKLER
Attorney for Plaintiff KAREN LEE

Dated: April 10, 2008

HAYES DAVIS BONINO ELLINGSON
McLAY & SCOTT, LLP

By: _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: April 11, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE